```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32375
   MARIA SORIANO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4698


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/16/05 and confirmed on 10/07/05.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   7444.08 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    11200.00         1607.78       3633.08
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         1583.43           .00            .00
COMED                     UNSECURED        NOT FILED          .00            .00
COMED                     UNSECURED        NOT FILED          .00            .00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED          .00            .00
PINNACLE FINANCIAL GROUP  UNSECURED        NOT FILED          .00            .00
ILLINOIS STUDENT ASSIST   UNSECURED        NOT FILED          .00            .00
NORTHWEST COLLECTION      UNSECURED        NOT FILED          .00            .00
ALLIED INTERSTATE         UNSECURED        NOT FILED          .00            .00
BECKET & LEE LLP          UNSECURED          537.78           .00            .00
SBC AMERITECH             UNSECURED        NOT FILED          .00            .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED          .00            .00
ANDERSON FINANCIAL NETWO  UNSECURED        NOT FILED          .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED         1490.30           .00            .00
BECKET & LEE LLP          UNSECURED          377.89           .00            .00
            Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED  11200.00         .00      3989.40           .00       15189.40
PRINCIPAL PAID       3633.08         .00          .00           .00        3633.08
INTEREST PAID        1607.78         .00          .00           .00        1607.78
TOTAL PAID           5240.86         .00          .00           .00        5240.86
The Debtor's attorney, NEAL FELD                       , was allowed $    2200.00
and was paid $    300.00   direct and $   1900.00   through the plan.

The Trustee received $    303.22 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                        PAGE   2
        CASE NO. 05 B 32375 MARIA SORIANO